1
2
3
4
5

6                    **UNITED STATES DISTRICT COURT**

7                       **DISTRICT OF ARIZONA**

8    _____
                                      )
9    **Justin Botner,**               )        No. CV09-2288-PHX-DGC
                                      )
10                                     )
                                      )
11          Plaintiff,                 )
                                      )
12   v.                               )                **ORDER**
                                      )
13   **Jefferson Capital Systems,**    )
     **LLC; and Collins Financial**    )
14   **Services, Inc.,**               )
                                      )
15          Defendants.               )
                                      )
16   _____)

17         Plaintiff having filed a Notice of Dismissal with

18   Prejudice dismissing this action in its entirety, and

19   good cause appearing,

20         **IT IS HEREBY ORDERED** dismissing this action with

21   prejudice as to all parties, each party to bear its own

22   attorney's fees and costs.

23         DATED this 8th day of December, 2009.

24

25                                    _David G. Campbell_

26                                    _____
                                            David G. Campbell
                                       United States District Judge